UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINOD CHANDRASHEKAR RAO,<br>Plaintiff,<br>v.<br>UNITED STATES OF AMERICA, et al,<br>Defendants. | Case No.: 24-cv-2015-BJC-AHG<br><br>**ORDER:**<br>**1) DENYING MOTION TO DISMISS AS MOOT [ECF NO. 28], and**<br><br>**2) DENYING MOTION FOR EXTENSION OF TIME AS MOOT [ECF NO. 27]** |

Pending before the Court are Defendants' motion to dismiss the original complaint and Defendants' motion for extension of time to file a response to complaint. ECF Nos. 27, 28. On September 28, 2026, Plaintiff filed a First Amended Complaint in *in lieu* of opposing the pending motion to dismiss. Accordingly, the Court **DENIES** as moot Defendant's motion to dismiss the original complaint (ECF No. 28) and motion for extension of time (ECF No. 27). *See Ramirez v. County of San Bernardino*, 806 F.3d 1002, 1008 (9th Cir. 2015).

**IT IS SO ORDERED.**

Dated: October 6, 2026

Honorable Benjamin J. Cheeks
United States District Judge